No. 12–7927. SAMUEL v. BLOOMBERG, MAYOR OF THE CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–7929. RODRIGUEZ v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 12–7935. MORA v. JACQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7940. YOUNG v. FRAKER, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 12–7953. KOROMA v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 12–7972. PINGEL v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7982. NICKELS v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 12–7996. VANOVER v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8018. WILSON v. UNITED STATES AIR FORCE. C. A. 6th Cir. Certiorari denied.

No. 12–8030. MOSBY v. HOLMES, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–8032. KRIDER v. CONOVER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–8036. PORTILLO v. ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–8037. LLOYD v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 12–8044. BALL v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.